UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL SCHMITT,

    Plaintiff,

v.                                                  Case No. 8:09-cv-837-T-17TBM

MICHAEL J. ASTRUE,
**Commissioner of the United States**
**Social Security Administration,**

    Defendant.
_____/

## **O R D E R**

This is a Social Security action in which Plaintiff seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* (Doc. 2). Upon review and consideration, Plaintiff's Affidavit of Indigency suggests that he is indigent and should be allowed to proceed without paying the usual filing fee for civil actions.

Accordingly, the request to proceed *in forma pauperis* (Doc. 2) is hereby **GRANTED**. The Plaintiff is directed to complete and return the "Summons in a Civil Case" forms[1] to the Clerk within twenty (20) days, whereupon the United States Marshal is directed to serve these summonses upon the appropriate parties.

**Done and Ordered** at Tampa, Florida, this 18th day of May 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] This form, listed as "Summons/Civil," can be found at the "Forms, Policies, and Publications" section, "CIVIL" subsection, of this court's website at http://www.flmd.uscourts.gov. If the Plaintiff does not have access to the Internet to download this form, Plaintiff may obtain the form by contacting the Clerk's Office at 813-301-5400.